IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES C. WILLIAMS, #118213, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-219-F |
| ) | WO |
| ROHM & HAAS MONUMENT AREA ) | |
| FEDERAL CREDIT UNION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on March 29, 2005 (Doc. #12), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that the motion to remand (Doc. #7) is DENIED.

DONE this 21st day of April, 2005.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE