IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES C. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:05CV219-F |
| ) | WO |
| ROHM & HAAS MONUMENT AREA ) | |
| FEDERAL CREDIT UNION, et al., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This action is presently before the court on the plaintiff's motion for mediation (Doc. # 22). While the court encourages the parties to mediate their dispute voluntarily, it will not order any unwilling party to do so. Accordingly, it is

ORDERED that the motion is DENIED. If at any point the parties all determine that mediation would be helpful, they should contact the court to schedule a time.

DONE, this 27th day of April, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE